IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Arthur Thyme, | ) | CASE NO. 5:22 CV 2197 |
| | ) | |
|     Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| Jane A. Swartz, *et al.*, | ) | |
| | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

In accordance with the Court's accompanying Memorandum Opinion and Order, this action is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2023